Form osubpoh

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: David Vincent Armstrong and Norma Armstrong
Debtor

Case No.: 4:21–bk–11380
Chapter: 13
Judge: Richard D. Taylor

## ORDER TO SUBMIT PROPOSED ORDER

This case is before the Court upon a sua sponte review of the case file. On April 29, 2022, Sammy Hooda, attorney of record for U.S. Bank National Association, filed a(n) Motion for Relief from Stay. A hearing was held on the matter. Court records reflect that the motion is to be withdrawn upon conditions.

Accordingly, the above attorney is hereby ordered to submit a proposed order for consideration by the Court within fourteen (14) days of the date of this Order.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF SOUGHT OR AN ORDER TO SHOW CAUSE HEARING BEING SET TO DETERMINE WHETHER SANCTIONS SHOULD BE IMPOSED. RESPONSIBLE COUNSEL WILL BE REQUIRED TO PERSONALLY APPEAR AT THE SHOW CAUSE HEARING.

IT IS SO ORDERED.

Dated: 12/29/22

*/s/ Richard D. Taylor*

UNITED STATES BANKRUPTCY JUDGE